**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED MAR 31 2014 U.S. Marshals Service, EDNC

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| GUSTAVO ROMANELLO | 5:14-CV-177-FL |
| DEFENDANT | TYPE OF PROCESS |
| CAPITAL ONE BANK (USA), N.A. | Summons/Complaint/Fin. Disc. Stmt. |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Capital One Bank (USA), N.A.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1680 Capital One Dr., McLean, VA 22102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. District Court
Clerk's Office
PO Box 25670
Raleigh, NC 27611

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                       Fold

Signature of Attorney other Originator requesting service on behalf of:   ☐ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 56 | No. 56 | Carol Smith | 3-31-14 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)

FILED APR 11 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | ☐ am ☐ pm |
|---|---|---|
| 4-4-14 | | |

Signature of U.S. Marshal or Deputy
Carol Smith

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 800 | | | 800 | | 800 ~~$0.00~~ |

REMARKS: 3-31-14 CM 7012 3050 0002 0487 4964
4-10-14 See attached

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

Case 5:14-cv-00177-FL   Document 7   Filed 04/11/14   Page 1 of 2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. *cns* | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by *(Printed Name)*<br>A. H | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Capital One Bank (WA), N.A.<br>1680 Capital One Dr.<br>McLean, VA 22102<br><br>5:14-CV-177-FL | D. Is delivery address different from item 1? ☒ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ Collect on Delivery | |
| | 4. Restricted Delivery? *(Extra Fee)* | ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7012 3050 0002 0487 4964 | |
| PS Form 3811, July 2013 | Domestic Return Receipt | |