IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ROMANELLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 5:14-cv-0177-FL |
| ) | |
| CAPITAL ONE BANK (USA), N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that the undersigned attorney, R. Locke Beatty, of the law firm of McGuireWoods, LLP, files this Notice of Appearance of Counsel for the purpose of representing Defendant Capital One Bank (USA), N.A.

R. Locke Beatty respectfully requests that all pleadings, papers, and other filings should be served upon him as Defendant's counsel.

This the 22nd day of April, 2014.

s/ R. Locke Beatty
R. Locke Beatty
North Carolina Bar No. 38020
McGuireWoods LLP
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202-4011
(704) 343-2244 (Telephone)
(704) 353-6160 (Facsimile)
lbeatty@mcguirewoods.com

*Attorney for Capital One Bank (USA), N.A.*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** has been served this day upon the parties to this action via United States Mail, addressed to the following:

> Gustavo Romanello
> 5317 Cottage Bluff Lane
> Knightdale, NC 27545
> *Plaintiff Pro Se*

This the 22nd day of April, 2014.

                                          s/ R. Locke Beatty
                                          R. Locke Beatty