IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ROMANELLO, )<br>)<br>Plaintiff, )<br>) CIVIL ACTION FILE<br>v. ) NO. 5:14-cv-0177-FL<br>)<br>CAPITAL ONE BANK (USA), N.A., )<br>)<br>Defendant. )<br>_____) | |

### ORDER GRANTING DEFENDANT CAPITAL ONE BANK (USA), N.A.'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS MATTER having come before the Court on Defendant Capital One Bank (USA), N.A.'s Consent Motion For Extension Of Time To Respond To Plaintiff's Complaint; the Court having reviewed same and found good cause for the relief requested;

NOW THEREFORE IT IS ORDERED that Defendant Capital One Bank (USA), N.A.'s Motion is GRANTED. Defendant shall have until and including May 26, 2014 to respond to the Complaint.

4/23/2014

for _____
JULIE A. RICHARDS, CLERK