;IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ROMANELLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 5:14-cv-0177-FL |
| ) | |
| CAPITAL ONE BANK (USA), N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendant Capital One Bank (USA), N.A. ("Capital One"), by and through undersigned counsel, hereby moves this Court to dismiss the claims of Plaintiff Gustavo Romanello ("Plaintiff") against it for failure to state a claim upon which relief can be granted. In support of this motion, Capital One relies upon its contemporaneously filed memorandum of law, including attachments.

*WHEREFORE*, Capital One respectfully requests that this Court dismiss Plaintiff's claims against it, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted this the 26th day of May, 2014.

/s/ R. Locke Beatty
R. Locke Beatty
McGuireWoods LLP
North Carolina Bar No. 38020
201 N. Tryon Street, Suite 3000
Charlotte, North Carolina 28202
(704) 343-2244 (Telephone)
(704) 353-6160 (Facsimile)
lbeatty@mcguirewoods.com
*Attorney for Capital One Bank (USA), N.A.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ROMANELLO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPITAL ONE BANK (USA), N.A., )<br>)<br>Defendant. )<br>) | CIVIL ACTION FILE<br>NO. 5:14-cv-0177-FL |

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2014, a copy of the foregoing pleading, with any and all attachments, was filed electronically with the clerk of court via ECF. As May 26, 2014 is a postal holiday, on May 27, 2014, a copy will be served via First-Class Mail, postage prepaid, addressed to:

Gustavo Romanello
5317 Cottage Bluff Lane
Knightdale, NC 27545
*Plaintiff Pro Se*

/s/ R. Locke Beatty
R. Locke Beatty