

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700  
Fax (919) 645-1750

Julie A. Richards  
Clerk of Court

May 27, 2014

Mr. Gustavo Romanello
5317 Cottage Bluff Ln.
Knightdale, NC 27545

RE: Romanello v. Capital One Bank (USA), N.A.
5:14-CV-177-FL
Notice to Pro Se Party Regarding Response to Motion to Dismiss
 Filed on May 26, 2014 - Docket Entry 13

Dear Mr. Romanello:

The defendant filed a motion to dismiss with regard to the above-captioned case. Local Civil Rule 7.1(e), EDNC, provides that you must respond to a motion within twenty-one (21) days of the date of service of the motion. If you fail to respond, the court may grant the motion and your case could be dismissed.

Rule 5 of the Federal Rules of Civil Procedure requires that copies of anything that you file with the court must be served on all other parties or their counsel, if they are represented. Your material in opposition to the motion to dismiss must be filed on or before **June 16, 2014**.

Sincerely,

JULIE A. RICHARDS, CLERK OF COURT


(By)   Marsha Castania
    Deputy Clerk


cc:   Mr. Robert Locke Beatty, counsel for defendant