B18 (Official Form 18) (12/07)

B

# United States Bankruptcy Court

Eastern District of North Carolina

Case No. 09-03628-8-ATS

Chapter 7

In re Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gustavo Enrique Romanello
5445 Thunderidge Drive
Raleigh, NC 27610

Acela Cristina Romanello
5445 Thunderidge Drive
Raleigh, NC 27610

Social Security / Individual Taxpayer ID No.:
xxx-xx-8545

xxx-xx-7025

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 8/3/09

A. Thomas Small
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

In re Gustavo Enrique Romanello,
Acela Cristina Romanello
      Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4616-0811-0156-2047<br>Creditor #: 5<br>BB&T Bankcard<br>Post Office Box 698<br>Wilson, NC 27894-0698 | | J | 2008-2009<br>Credit Card Purchases | | | | 1,653.00 |
| Account No. 4305-7215-2484-1066<br>Creditor #: 6<br>Capital One ***<br>Post Office Box 30285<br>Salt Lake City, UT 84130-0285 | | H | 1998-2009<br>Credit Card Purchases | | | | 4,115.00 |
| Account No. 59243529<br>Creditor #: 7<br>Capital One ***<br>Post Office Box 30285<br>Salt Lake City, UT 84130-0285 | | H | 2004-2009<br>Personal Loan | | | | 6,139.00 |
| Account No. 4305-7218-7106-0815<br>Creditor #: 8<br>Capital One ***<br>Post Office Box 30285<br>Salt Lake City, UT 84130-0285 | | W | 2001-2009<br>Credit Card Purchases | | | | 6,575.00 |
| Account No.<br>Creditor #: 9<br>Carlos Perdomo<br>4120 SW 18th St Apt. #1<br>Fort Lauderdale, FL 33317 | | J | 2008<br>Possible Obligation | | | | 0.00 |

Sheet no. _1_ of _3_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    18,482.00