UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GUSTAVO ROMANELLO,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

**JUDGMENT**

No. 5:14-CV-177-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 24, 2014, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on November 24, 2014, and Copies To:**

Gustavo Romanello (via U.S. Mail)5317 Cottage Bluff Ln, Knightdale, NC 27545
Robert Locke Beatty (via CM/ECF Notice of Electronic Filing)

November 24, 2014        JULIE A. RICHARDS, CLERK
                                  /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk